# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY MAYS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00344-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 4) |

Audrey Mays ("Plaintiff"), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On April 5, 2019, Plaintiff filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 4.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:　**April 9, 2019**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1