# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY MAYS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00344-AWI-SAB<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND DIRECTING CLERK OF THE COURT TO FORWARD SERVICE DOCUMENTS TO PLAINTIFF TO ISSUE NEW CASE DOCUMENTS<br><br>(ECF No. 9) |

On March 15, 2019, Audrey Mays ("Plaintiff"), proceeding pro se and in forma pauperis, filed a complaint in this action against the Internal Revenue Service and the Department of the Treasury seeking a refund of her federal income taxes. (ECF No. 1.) On April 26, 2019, Plaintiff's complaint was screened and it was found that Plaintiff had failed to allege facts to demonstrate that she had complied with the conditions set forth in 26 U.S.C. § 7422(a) and Plaintiff was granted leave to file an amended complaint to cure the jurisdictional defect. (ECF No. 6.) On May 21, 2019, Plaintiff filed a first amended complaint. (ECF No. 7.) On May 22, 2019, an order issued finding that Plaintiff had failed to allege facts sufficient to demonstrate that she had complied with section 7422(a) and she was granted one final opportunity to file an amended complaint. (ECF No. 8.) On June 21, 2019, Plaintiff filed a second amended complaint against the Internal Revenue Service. (ECF No. 9.)

Liberally construed, Plaintiff's complaint states a claim against the Internal Revenue Service based on the failure to refund her tax overpayment. Pursuant to Rule 4 of the Federal Rules of Civil Procedure, to serve the United States a party must deliver a copy of the summons and complaint to the United States attorney for the district where the action was brought and to the Attorney General of the United States at Washington, D.C. Fed. R. Civ. P. 4(i)(1).

Accordingly, IT IS HEREBY ORDERED that:

1. Service shall be initiated on the following defendant:

    **Internal Revenue Service**

2. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed June 21, 2019;

3. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Three completed summons for each defendant listed above;

    b. Three completed USM-285 form for each defendant listed above;

    c. Four (4) copies of the endorsed Second Amended Complaint filed January 21, 2014; and

    d. Three (3) copies of the mandatory scheduling order and related case documents;

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

5. The Clerk of the Court is directed to issue new case documents in this matter; and

6. Plaintiff is advised that the failure to comply with this order will result in the recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **June 24, 2019**

UNITED STATES MAGISTRATE JUDGE