# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY MAYS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00344-AWI-SAB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF No. 10)<br><br>FOURTEEN DAY DEADLINE |

On March 15, 2019, Audrey Mays ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, filed a complaint in this action against the Internal Revenue Service and the Department of the Treasury seeking a refund of her federal income taxes. (ECF No. 1.) Plaintiff filed a second amended complaint against the Internal Revenue Service on June 21, 2019. (ECF No. 9.) On June 24, 2019, the Court issued an order authorizing service of Plaintiff's second amended complaint, and requiring Plaintiff to fill out and return the USM-285 form and summons within thirty days. (ECF No. 10.) More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the June 24, 2019 order.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, it is HEREBY ORDERED that within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause why the instant action should not be dismissed for failure to comply with a court order.  Plaintiff is advised that failure to show cause in response to this order will result in this action being dismissed for failure to comply with a court order.

IT IS SO ORDERED.

Dated:  **August 5, 2019**

UNITED STATES MAGISTRATE JUDGE