# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY MAYS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNAL REVENUE SERVICE, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00344-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS<br><br>(ECF No. 13) |

Audrey Mays ("Plaintiff") proceeding *pro se* and *in forma pauperis*, filed this action seeking a refund of overpaid income taxes. On June 24, 2019, an order issued finding that Plaintiff's second amended complaint stated a claim and ordering Plaintiff to complete and return the service documents within thirty days. Plaintiff did not return the completed service documents or otherwise respond to the June 24, 2019 order. On August 5, 2019, an order issued requiring Plaintiff to show cause why this action should not be dismissed for her failure to comply. On August 20, 2019, Plaintiff submitted the documents for service.

Plaintiff is advised that even though she is proceeding *pro se* in this action, she is required to be familiar with and comply with the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of California, and orders issued by the Court. Should an order issue in the future requiring Plaintiff to show cause, Plaintiff is required to file a document explaining why she did not comply with the issue addressed. In this instance, the Court shall discharge the order to show cause. However, any future such failures to comply with orders of this court may result in the issuance of sanctions, up to and including dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued June 24, 2019 is DISCHARGED;

1

2. For each defendant to be served, the Clerk of the Court is directed to forward the following documents to the U.S. Marshal:

    (1) One completed and issued original summons;

    (2) One completed USM−285 form for each defendant to be served, including the United States Attorney's Office for the Eastern District of California;

    (3) One copy of the second amended complaint filed on June 21, 2019, plus one copy for service upon the United States Attorney, one for service upon the Attorney General of the United States at Washington D.C., and one copy for the United States Marshal;

    (4) One copy of this order, plus one copy for service upon the United States Attorney, one copy for service upon the Attorney General, and one copy for the United States Marshal;

3. Within ten days from the date of this order, the United States Marshal is directed to notify the following defendant of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4 and 28 U.S.C. § 566(c):

    **Internal Revenue Service**

4. The United States Marshal shall:

    a. Personally serve process and a copy of this order upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

    b. Within ten days after personal service is effected, the United States Marshal shall file the return of service for the defendant.

IT IS SO ORDERED.

Dated: __**August 21, 2019**__

UNITED STATES MAGISTRATE JUDGE